IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

~~TYLER~~ DIVISION
LUFKIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Vs. | § | CIVIL ACTION NO. 9:03CR10 |
| JERRY WAYNE TURNER | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION ON SUPERVISED RELEASE

The above-entitled and numbered action was referred to United States Magistrate Judge Judith K. Guthrie. The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. It appearing that the proposed findings and recommendation was announced in open court by the magistrate Judge at the conclusion of the revocation hearing, and the Defendant and the Government waived their right to file objections, such proposed findings and recommendation will be considered.

After due consideration, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is therefore,

**ORDERED** that the Defendant's term of supervised release be **REVOKED** and he shall be sentenced to six months of imprisonment plus 65 days of unserved community confinement with no more supervision.

So **ORDERED** and **SIGNED** this ___ day of June, 2005.

THAD HEARTFIELD
UNITED STATES DISTRICT JUDGE